The judgment is reversed, and the prosecution ordered dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the court.

## MOORE v. STATE.
### No. 14389.

Court of Criminal Appeals of Texas.
May 6, 1931.

Wm. Kennedy, of Groesbeck, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for assault with intent to murder; punishment assessed at ten years' confinement in the penitentiary.

The record is before this court without statement of facts or bills of exception. The indictment and judgment appear to be regular. Nothing is presented for review.

The judgment is affirmed.